# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| MIRZA N. BAIG, and BLUE SPRINGS WATER CO., Plaintiffs | |
| v. | |
| THE COCA-COLA COMPANY, Defendant | |

```
FILED: JULY 24, 2008
08CV4206
JUDGE GETTLEMAN
MAGISTRATE JUDGE DENLOW
EDA
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

MIRZA N. BAIG, and BLUE SPRINGS
WATER CO., Plaintiffs

NAME (Type or print): David J. Kiesler

SIGNATURE (Use electronic signature if the appearance form is filed electronically): /s/ David J. Kiesler

FIRM: David J. Kiesler & Associates, LLC

STREET ADDRESS : 161 N. Clark Street, Suite 2500

CITY/STATE/ZIP: Chicago, Illinois, 60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6193042 | TELEPHONE NUMBER: (312) 920-6666 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N"): Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N"): Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N"): Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                        APPOINTED COUNSEL