## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4206                        Assigned/Issued By: j. n.

Judge Name: GETTLEMAN              Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

Amount Due:   [✓] $350.00      [ ] $39.00       [ ] $5.00
              [ ] IFP          [ ] No Fee       [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____              Receipt #: 2963095_____

Date Payment Rec'd: 7-24-08_____        Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons
[ ] Third Party Summons                    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets            [ ] Other
[ ] Writ _____             _____
        *(Type of Writ)*                   _____
                                           *(Type of issuance)*

1____ Original and 0_____ copies on 7/24/08_____ as to DEFENDANT_____
                                      (Date)

_____
_____