**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Mirza N Baig, et al.
                         Plaintiff,

v.                                                  Case No.: 1:08−cv−04206
                                                    Honorable Robert W. Gettleman

The Coca−Cola Company
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 16, 2010:

      MINUTE entry before Honorable Morton Denlow:Magistrate Judge Status hearing held on 2/16/2010. Plaintiff's counsel fails to appear. Plaintiff having failed to comply with this Court's prior order dated 11/13/2009 (Dkt #56) regarding the deadline for the filing of initial disclosures, Plaintiff will be given until 2/26/2010 to file initial disclosures or be barred from producing any witnesses, relying on any documents and seeking any damages that have not been disclosed. Status hearing set for 5/18/2010 at 10:00 AM. Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.