MHN

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: **Mirza N. Baig**
(Please print)

STREET ADDRESS: **2742 West Devon Ave**

CITY/STATE/ZIP: **Chicago, ILL. 60659**

PHONE NUMBER: **773-556-7570**

CASE NUMBER: **08 CV 04206**

_____  08-11-10
Signature                   Date

FILED
8-11-2010
AUG 11 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT